

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER

Appellate case name:        Ex parte Ammar Mohammed Alali

Appellate case number:      01-15-00796-CR

Trial court case number:    29624

Trial court:                County Court of Chambers County

On September 16, 2015, the Clerk of this Court sent notice to the parties explaining that **if** this Court desires briefs, it will set the deadline, but that this appeal may be set for submission with or without briefs because this is an appeal from the denial of a habeas corpus application governed by Rule 31. *See* TEX. R. APP. P. 31.1. On October 20, 2015, the Clerk of this Court sent notice to the parties that this appeal was set for submission on the record only for November 10, 2015, which meant that no briefing deadline was set or requested by the Court. *See id.* 38.6(a) ("Except in a habeas corpus or bail appeal, which is governed by Rule 31, an appellant must file a brief within 30 days . . ."). Nevertheless, on November 9, 2015, appellant's counsel filed a "Motion for Leave to File and to Extend Time for Submission" seeking leave to file his "Brief of Appellant," which he also filed on that date.

Accordingly, the Court **denies** appellant's "Motion for Leave to File and to Extend Time for Submission" and **strikes** his "Brief of Appellant" because no briefing deadline was set in this Rule 31 case. *See* TEX. R. APP. P. 31.1, 38.6(a), 38.9(a). Because the Court's Memorandum Opinion and Judgment was issued today on November 10, 2015, the Court will entertain a timely-filed motion for rehearing and brief from appellant addressing the Court's Memorandum Opinion and Judgment. *See id.* 49.1.

It is so ORDERED.

Judge's signature:    /s/ <u>Laura Carter Higley</u>
                      ☒ Acting individually    ☐ Acting for the Court
Date:  November 10, 2015